ceased. No opinions. Report of referee confirmed.

BORRELLI, Respondent, v. ALTRO REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Ciro Borrelli against the Altro Realty Company and others. M. S. Hoffman, of New York City, for appellants. M. M. Menken, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BOSSERT et al., Respondents, v. LE SHEN REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Louis Bossert and another against the Le Shen Realty Company and others. No opinion. Interlocutory judgment affirmed, with costs.

BOSSERT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Alice L. Bossert, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 137 N. Y. Supp. 1112) denied, with $10 costs.

BOTTEGA, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Vincent Bottega against Peter C. Campbell.
PER CURIAM. Judgment of the County Court of Kings County reversed, and new trial ordered, costs to abide the final award of costs, because of the inconsistency in the findings of the trial court as to the amount paid on account of plaintiff's claim, unless plaintiff stipulate within 20 days to reduce the amount adjudged due by the sum of $15 and interest in proportion, in which event the judgment, as modified, is affirmed, without costs.

BOWMAN v. SEAMAN et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Charles E. Bowman against Alfred P. W. Seaman and others. No opinion. Motion to resettle order granted, so that the judgment shall be affirmed, with one bill of costs to be paid to the defendant Seaman. See, also, 137 N. Y. Supp. 1112.

BOZOVSKY, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellant Division, Fourth Department. November 20, 1912.) Action by Vacil D. Bozovsky against the Buffalo & Lake Erie Traction Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 132 App. Div. 944, 117 N. Y. Supp. 1129.
McLENNAN, P. J., and FOOTE, J., dissent, upon the ground that as matter of law plaintiff failed to establish his freedom from contributory negligence.

BRAKER v. NEW YORK FINANCE CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Conrad M. Braker against the New York Finance Company. No opinion. Motion denied. Order filed. See, also, 151 App. Div. 934, 135 N. Y. Supp. 1101.

BRENNER v. STILLWELL. (Supreme Court, Appellate Division, First Department December 27, 1912.) Action by Jesse Brenner against Stephen J. Stillwell. No opinion. Motion granted, with $10 costs. Order filed.

BREWSTER v. SILVERSTEIN. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Richard I. Brewster against Samuel J. Silverstein. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 123, 137 N. Y. Supp. 912.

BRIGHAM, Respondent, v. OCEAN ACCIDENT & GUARANTY CO., Limited, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Henry R. Brigham against the Ocean Accident & Guaranty Company, Limited. No opinion. Judgment and order unanimously affirmed, with costs.

BROADWAY BLDG. CO. v. LILLIBRIDGE. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Broadway Building Company against Ray D. Lillibridge. No opinion. Application denied, with $10 costs. Order signed.

BRODY, ADLER & KOCH v. DENT. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Brody, Adler & Koch against Thomas A. Dent. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 App. Div. 935, 125 N. Y. Supp. 1114.

BROOKLYN MASON CONTRACTING CO., Respondent, v. BERGER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by the Brooklyn Mason Contracting Company against Max Berger and another.
PER CURIAM. Motion to resettle order granted, without costs, the order of resettlement to provide, however, that respondent consent that the appellant may withdraw his ap-